1 | **VICTOR N. PIPPINS**
California State Bar No. 251953
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 | Email: Victor_Pippins@fd.org

5 | Attorneys for Defendant

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,                )   CASE NO. 08MJ0413
                                              )
11 |         Plaintiff,                       )
                                              )
12 | v.                                       )   **NOTICE OF APPEARANCE**
                                              )
13 | ABEL AGUILAR-DOMINGUEZ,                  )
                                              )
14 |         Defendant.                       )
                                              )
15 | _____)

17 |         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 | California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 | attorney in the above-captioned case.

20 |                                              Respectfully submitted,

22 | Dated:  February 19, 2008                   */s/ Victor N. Pippins*
                                                 Federal Defenders of San Diego, Inc.
23 |                                              Attorneys for Defendant
                                                 Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: February 19, 2008         /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email