AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 11 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ABEL AGUILAR-DOMINGUEZ | CASE NUMBER: 08 CR 698 WQH |

I, ABEL AGUILAR-DOMINGUEZ , the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/11/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Abel Aguilar Dominguez_
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER